# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ARMENTERO,<br><br>           Plaintiff,<br><br>   v.<br><br>BROWN,<br><br>           Defendant. | Case No. 1:15-cv-01423 LJO DLB PC<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND ORDERING PLAINTIFF TO PAY FILING FEE WITHIN THIRTY (30) DAYS |

Plaintiff Luis Armentero, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 21, 2015.

Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on November 23, 2015.

The Court has determined that Plaintiff is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to

///

///

///

///

1

state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1]

The Court has reviewed Plaintiff's complaint and finds that his allegations do not satisfy the imminent danger exception to section 1915(g). *Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007). Plaintiff's complaint involves his alleged contraction of Valley Fever in 2011. Although Plaintiff alleges that he continues to be impacted by symptoms, there is no indication that he is under imminent danger of serious physical injury. Therefore, if Plaintiff wishes to proceed with this action, he must first pay the $400.00 filing fee. 28 U.S.C. § 1914.

Accordingly, it is HEREBY ORDERED that:

1.    Plaintiff's motion to proceed in forma pauperis is DENIED;

2.    Plaintiff has thirty (30) days from the date of service of this order within which to pay the $400.00 filing fee in full; and

3.    This action will be dismissed, without prejudice, if Plaintiff fails to pay the $400.00 filing fee within thirty days.

IT IS SO ORDERED.

Dated:   **November 30, 2015**          ___**/s/ Lawrence J. O'Neill**___
                                                UNITED STATES DISTRICT JUDGE

---

[1] Prior to the date he filed this action, Plaintiff had at least four dismissals that qualify as strikes under section 1915(g). *Coleman v. Tollefson*, __ U.S. __, __, 135 S.Ct. 1759, 1765 (2015). The Court takes judicial notice of the following Eastern District of California cases: *Armentero v. Tilton*, et al., 2:07-cv-00268-JKS-CMK (E.D.Cal.) (dismissed for failure to state a claim on May 9, 2008); *Armentero v. Lotersztain*, 2:12-cv-01291-KJN (C.D.Cal.) (dismissed for failure to state a claim on Oct. 18, 2012); *Armentero v. City of Avenal, et al.*, 1:10-cv-02403-GSA (E.D.Cal.) (dismissed for failure to state a claim on Jul. 22, 2013); and *Armentero v. Lopez*, et al., 1:13-cv-00673-JLT (E.D.Cal.) (dismissed for failure to state a claim on Aug. 5, 2013).