# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ARMENTERO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROWN,<br><br>　　　　　Defendant. | Case No. 1:15-cv-01423 LJO DLB PC<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE |

Plaintiff Luis Armentero, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 21, 2015.

On November 30, 2015, the Court determined that Plaintiff was subject to 28 U.S.C. § 1915 and denied his application to proceed in forma pauperis. Plaintiff was ordered to pay the filing fee within thirty days.

Plaintiff did not pay the filing fee within thirty days.

On January 7, 2016, Plaintiff filed a notice of appeal. The Ninth Circuit dismissed the appeal on February 24, 2016, because the notice of appeal was not timely filed.

A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

1

Plaintiff was warned that this action would be dismissed if he failed to pay the $400.00 filing fee.

Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to pay the filing fee.

IT IS SO ORDERED.

Dated:  **February 26, 2016**                    **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE

2